UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID BURGO                                         CIVIL ACTION

VERSUS                                              NO: 12-972

JHM Marine Rentals, LLC                             SECTION: "J"(4)

### ORDER

Considering Plaintiff's unopposed Motion to Dismiss **(Rec. Doc. 15)**,

**IT IS HEREBY ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana this 9th day of May, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE